# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Jenkins, Elizabeth A. | U.S. District Court | 08/13/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☑ Amended Report | 01/01/2014 to 12/31/2014 |

**7. Chambers or Office Address**

801 N. Fla. Ave., Ste. 1132
Tampa, Florida 33602

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Ed. Trust I |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jenkins, Elizabeth A. | 08/13/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. monthly | | State of Florida, wages |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jenkins, Elizabeth A. | 08/13/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jenkins, Elizabeth A. | 08/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. HTC, Ltd. | | | | | | | | | |
| 2. - Real Estate, Alachua - County, Florida | E | Rent | M | W | | | | | |
| 3. Real Estate, ___ County, Florida - Parcel 1 | | None | N | W | Sold (part) | 12/18/14 | K | E | See Pt. VIII |
| 4. Real Estate, ___ County, Florida - Parcel 2 | | None | M | W | | | | | |
| 5. Wachovia Mon. Mkt. Acct | A | Interest | J | W | | | | | |
| 6. IRA #1 | C | Int./Div. | M | T | | | | | |
| 7. -Art. Int. Fund | | | | | | | | | |
| 8. -Julius Baer Int. Fund | | | | | | | | | |
| 9. -Art Mid-Cap Fund | | | | | | | | | |
| 10. -Schwab Premier Equity Fund | | | | | | | | | |
| 11. Vanguard Star Fund | A | Int./Div. | J | T | | | | | |
| 12. Bank of America acct | A | Interest | J | T | | | | | |
| 13. Schwab Adv. Mon. Mkt Fund | A | Interest | L | T | | | | | |
| 14. Vanguard Primecap Fund* | D | Int./Div. | N | T | | | | | See Pt. VIII |
| 15. Schwab 1000 Fund | A | Int./Div. | J | T | | | | | |
| 16. Baron Asset Fund | A | Int./Div. | J | T | | | | | |
| 17. Vanguard Grw. Index Fund | A | Int./Div. | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jenkins, Elizabeth A. | 08/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard Cap. Opp. Fund | B | Int./Div. | L | T | | | | | |
| 19. Vanguard Muni Int. Fund | A | Int./Div. | K | T | | | | | |
| 20. Real Estate, Macon County, North Carolina | | None | K | W | | | | | |
| 21. Baygulf FCU acc't | A | Interest | L | T | | | | | |
| 22. Wasatch MicroCapvalue Fund | A | Int./Div. | K | T | Sold (part) | 04/08/14 | J | D | |
| 23. T. Rowe Price Mid-Cap Fund | A | Int./Div. | J | T | | | | | |
| 24. Vanguard Treasury Mon. Mkt. Fund | B | Interest | L | T | | | | | |
| 25. Vanguard Short Term Fed. Fund. Inv. | A | Int./Div. | K | T | | | | | |
| 26. Janus Contrarian Fund | A | Int./Div. | J | T | | | | | |
| 27. Vanguard Tx-Exempt Mon. Mkt Fund * | A | Interest | J | T | | | | | See Pt. VIII |
| 28. Vanguard Sp. Health Fund | C | Int./Div. | L | T | | | | | |
| 29. GE Com. Stk. | A | Dividend | | | Sold | 12/19/14 | J | A | |
| 30. Adobe Com Stk. | A | Dividend | K | T | | | | | |
| 31. Cisco Com. Stk. | A | Dividend | J | U | Buy | 02/11/14 | J | | |
| 32. T. Rowe Price Em. Mkt. Fund | A | Dividend | J | T | | | | | |
| 33. FBR Small Cap Fund | A | Int./Div. | J | T | | | | | |
| 34. Columbia Acorn Z Fund(formerly Royce) | A | Int./Div. | | | Sold | 12/19/14 | J | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jenkins, Elizabeth A. | 08/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Janus Grw. Inc. Fund | A | Int./Div. | J | T | | | | | |
| 36. Fidelity Select Materials Fund | A | Int./Div. | J | T | | | | | |
| 37. Educational Trust I: | B | Int./Div. | L | T | | | | | |
| 38. -Merrill Lynch CMA Mon. Mkt. | | | | | | | | | |
| 39. -First Eagle Global Fund | | | | | Buy (add'l) | 07/28/14 | J | | |
| 40. -Intrepid Cap Fund | | | | | | | | | |
| 41. -Marketfield Fund | | | | | | | | | |
| 42. -Pimco All Asset Fund | | | | | Sold | 07/28/14 | J | | |
| 43. -Invesco Bal. Risk Fund | | | | | Sold | 07/29/14 | J | | |
| 44. -Yacktman Fund | | | | | | | | | |
| 45. -Arbitrage Funds Cl I | | | | | Sold | 07/28/14 | J | | |
| 46. -Virtus Premium Alpha Sector Fund Cl I | | | | | | | | | |
| 47. -Gotham Absolute Return Fund | | | | | | | | | |
| 48. IRA #2: | C | Int./Div. | O | T | | | | | |
| 49. -T. Rowe Price Mid-Cap Fund | | | | | | | | | |
| 50. -Vanguard Mid-Cap Index Fund | | | | | | | | | |
| 51. -Fed. Mid-Cap. Fund | | | | | Sold | 01/14/14 | K | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jenkins, Elizabeth A. | 08/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   -J.P. Morgan Mid-Cap Value Fund | | | | | | | | | |
| 53.   -FRS Aggressive Balanced Fund | A | Int./Div. | | | Sold | 02/10/14 | K | D | |
| 54.   -FRS Lge. Cap. Fund | | | | | | | | | |
| 55.   -American New Perspective Fund | | | | | | | | | |
| 56.   -Pru Mid Cap Quant.Core Fund | A | Int./Div. | | | Sold | 02/10/14 | J | A | |
| 57.   -FRS Foreign Stock Index Fund | A | Int./Div. | | | Sold | 02/10/14 | K | D | |
| 58.   -Am. Pacific Grw Fund | A | Int./Div. | | | Sold | 02/10/14 | K | D | |
| 59.   -T. Rowe Price New Era Fund (y) | A | Int./Div. | | | Sold | 02/10/14 | J | A | |
| 60.   -Vanguard Inflation Protect. Fund | A | Int./Div. | | | Sold | 02/10/14 | J | A | |
| 61.   -Ford Motor Co. Com. Stk. | | | | | | | | | |
| 62.   -MFA Financial | A | Int./Div. | | | Sold | 03/01/14 | J | A | |
| 63.   -Fidelity Select Materials | A | Int./Div. | | | Sold | 02/10/14 | J | A | |
| 64.   -Marsico Flexible Cap. Fund | A | Int./Div. | | | Sold | 08/25/14 | J | B | |
| 65.   -Fidelity Select Defense Fund | A | Int./Div. | | | Sold | 08/25/14 | K | B | |
| 66.   -New York Mtg. Trst. REIT | | | | | | | | | |
| 67.   -U.S. Lg Cap Stk Fund | | | | | Buy | 07/01/14 | N | | |
| 68.   -Fidelity Contra Fund | | | | | Buy | 01/17/14 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jenkins, Elizabeth A. | 08/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Rydex Bio Tech | | | | | Buy | 02/28/14 | K | | |
| 70. -Schwab U.S. Lg. Index | | | | | Buy | 10/02/14 | J | | |
| 71. -Oakmark Global Fund | | | | | Buy | 10/02/14 | J | | |
| 72. -Oakmark Global Fund | | | | | Buy | 10/02/14 | J | | |
| 73. -Vanguard Primecap Odyssey Fund | | | | | Buy | 10/02/14 | J | | |
| 74. -Oakmark Global Fund | | | | | Buy | 10/02/14 | J | | |
| 75. -Oakmark Stk Fund | | | | | Buy | 10/02/14 | J | | |
| 76. -Artisan Global Opp. Fund | | | | | Buy | 10/02/14 | J | | |
| 77. -Matthews India Fund | | | | | Buy | 10/02/14 | J | | |
| 78. -Haliburton common stock | | | | | Buy | 10/02/14 | J | | |
| 79. -Schwab S & P 500 Index Fund | | | | | Buy | 10/02/14 | J | | |
| 80. -Haliburton common stock | | | | | Buy | 10/02/14 | J | | |
| 81. -Janus Intech U.S. Value Fund | | | | | Buy | 10/02/14 | J | | |
| 82. -Vanguard Strategic Eqt Fund | | | | | Buy | 10/02/14 | J | | |
| 83. Montetta Young Inv. Fund | A | Int./Div. | | | Sold | 08/25/14 | J | B | |
| 84. Matthews 25 Fund | A | Int./Div. | | | Sold | 02/28/14 | K | D | |
| 85. Pimco Fund. Index Fund | A | Int./Div. | | | Sold | 02/26/14 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jenkins, Elizabeth A. | 08/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Sch. Sm. Cap. Equ. Fund | A | Int./Div. | J | T | | | | | |
| 87. Buff. Mic. Cap. Fund | A | Int./Div. | | | Sold | 06/13/14 | K | C | |
| 88. Hub. Cap. Sm. Cap Value Fund | A | Int./Div. | J | T | | | | | |
| 89. Oakmark Int. Fund | A | Int./Div. | | | Sold | 08/25/14 | K | | |
| 90. ING Corp. Leaders Trst. Fund | A | Int./Div. | J | T | | | | | |
| 91. Fidelity Sel. MM Fund | A | Int./Div. | | | Sold | 01/17/14 | J | | |
| 92. Van. Sel. Value Fund | A | Int./Div. | | | Sold | 02/06/14 | J | A | |
| 93. Janus Global Life Sci. Fund | A | Int./Div. | J | T | | | | | |
| 94. Wasatch Int. Grw. Fund | A | Int./Div. | | | Sold | 02/06/14 | J | A | |
| 95. Mgrs. Sky. Sp. Eq. Port. Fund | A | Int./Div. | | | Sold | 09/29/14 | J | A | |
| 96. Hodges Sm. Cap. Fund | A | Int./Div. | | | Sold | 09/29/14 | J | A | |
| 97. Parn. Eq. Inc. Fund | A | Int./Div. | | | Sold | 02/06/14 | J | A | |
| 98. Janus Tri. Fund | A | Int./Div. | | | Sold | 02/26/14 | J | A | |
| 99. | | | | | | | | | |
| 100. | | | | | | | | | |
| 101. | | | | | | | | | |
| 102. | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jenkins, Elizabeth A. | 08/13/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | | | | | |
| 104. | | | | | | | | | |
| 105. | | | | | | | | | |
| 106. | | | | | | | | | |
| 107. | | | | | | | | | |
| 108. | | | | | | | | | |
| 109. | | | | | | | | | |
| 110. | | | | | | | | | |
| 111. | | | | | | | | | |
| 112. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jenkins, Elizabeth A. | 08/13/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1.  For the assets listed in Pt. VII, and marked by an asterisk * (lines 14 and 27), monthly purchases are added to these funds in increments of $500 or less.

2.  For the asset shown in Pt. VII, line 3, the Buyer was Kathleen Williams, Trustee of the Kathleen Williams Revokable Trust. Please see my redaction request regarding this information.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Elizabeth A. Jenkins**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544